\*\* E-filed April 4, 2012 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT BURROWS, ET AL., <br><br> Plaintiffs, <br> v. <br> ONEWEST BANK; ET AL., <br><br> Defendants. | No. C12-00995 HRL <br><br> **ORDER THAT CASE BE REASSIGNED TO A DISTRICT COURT JUDGE** <br><br> [Re: Docket No. 7] |

Plaintiffs Robert and Carolee Burrows brought this action in Santa Cruz County Superior Court, alleging numerous federal and state law claims arising out of a loan refinance transaction and subsequent foreclosure proceedings. Defendants removed the case to this court. Plaintiffs now move for a temporary restraining order. Dkt. No. 7.

Because no party has consented to the undersigned's jurisdiction, this court is unable to provide the dispositive relief sought. Accordingly, the court ORDERS the Clerk of the Court to reassign this case to a district court judge.

**IT IS SO ORDERED.**

Dated: April 4, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-00995 HRL Notice will be electronically mailed to:**

September Katje         sk@consumerlitigationlawcenter.com
Anton Hasemkampf    ahasenkampf@allenmatkins.com
Nicholas Waranoff     nwaranoff@allenmatkins.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**