September J. Katje, Esq. (SBN 227896)
**CONSUMER LITIGATION LAW CENTER, APC**
100 N. Barranca Ave., Suite 700
West Covina, CA 91791
Telephone:  (800) 787-5616
Fax: (888) 909-7947
sk@consumerlitigationlawcenter.com

Attorney for Plaintiffs, ROBERT BURROWS
and CAROLEE BURROWS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ROBERT BURROWS and CAROLEE BURROWS, <br><br> Plaintiff, <br><br> vs. <br><br> ONEWEST BANK, a Federal Savings Bank, formerly known as INDYMAC FEDERAL SAVINGS BANK successor in interest to FIRST NATIONAL LENDING SERVICES, a California Corporation; MERIDIAN TRUST DEED SERVICE, INC., a California Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiffs' title thereto, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 4:12-CV-00995-SBA <br><br> **STIPULATION TO EXTEND TIME TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT OF RIGHT IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Defendant Onewest Bank, FSB ("Defendant" or "Onewest") and Plaintiffs Robert Burrows and Carolee Burrows ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate as follows:

1

WHEREAS, Plaintiffs filed their Verified Complaint on February 6, 2012;

WHEREAS, Defendant filed its Notice of Removal to this Court February 27, 2012;

WHEREAS, Defendant filed its Motion to Dismiss Plaintiffs' Complaint on April 9, 2012;

WHEREAS, Plaintiff has requested and Onewest has consented to extend Plaintiffs an additional fourteen (14) days from execution of this stipulation for the filing of Plaintiff's First Amended Complaint of right originally due April 30, 2012;

WHEREAS, Plaintiffs will file the First Amended Complaint of right on or before May 14, 2012 upon approval of the Stipulation;

WHEREAS, upon filing Plaintiff's First Amended Complaint in accordance with this stipulation, the hearing set for May 22, 2012, to hear Defendant's Motion to Dismiss will be vacated upon the Court's approval;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall file its First Amended Complaint in response to Onewest's Motion to Dismiss on or before May 14, 2012.

Dated:  April 30, 2012                    CONSUMER LITIGATION LAW CENTER, APC


By:_____/s/ September J. Katje_____
  SEPTEMBER J. KATJE, ESQ.
  Attorney for Plaintiffs, ROBERT BURROWS
  and CAROLEE BURROWS

Dated:  April ___, 2012               ALLEN, MATKINS, LECK, GAMBLE, MALLORY & NATSIS LLP


By:_____
  NICHOLAS B. WARANOFF, ESQ.
  Attorney for ONEWEST BANK, a Federal Savings Bank

ORDER

IT IS HEREBY ORDERED as follows:

1.  The Plaintiffs are granted an extension of time to file their First Amended Complaint of Right to Defendant Onewest Bank's Motion to Dismiss until on or before May 14, 2012.

2.  Upon the filing of Plaintiffs' First Amended Complaint in accordance with this stipulation, the hearing set for May 22, 2012 to hear Defendant's Motion to Dismiss will be vacated upon the Court's approval.

IT IS SO ORDERED.

Dated: 5/1/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge