1
2
3         UNITED STATES DISTRICT COURT
4      FOR THE NORTHERN DISTRICT OF CALIFORNIA
5              OAKLAND DIVISION

| | |
|---|---|
| ROBERT BURROWS and CAROLEE BURROWS,<br><br>Plaintiffs,<br><br>v.<br><br>ONEWEST BANK, a Federal Savings Bank, formerly known as INDYMAC FEDERAL SAVINGS BANK successor in interest to FIRST NATIONAL LENDING SERVICES, a California Corporation; MERIDIAN TRUST DEED SERVICE, INC., a California Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiffs' title thereto, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No:  C 12-00995 SBA<br><br>**ORDER DISMISSING ACTION** |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within 60 days of this order. All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated: 5/17/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge