1
2
3                     UNITED STATES DISTRICT COURT
4                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                              OAKLAND DIVISION
6
7  | ROBERT BURROWS and CAROLEE BURROWS,              | Case No:  C 12-00995 SBA
8  | Plaintiffs,                                      | **ORDER DISMISSING ACTION**
9  | v.
10 | ONEWEST BANK, a Federal Savings Bank, formerly known as INDYMAC FEDERAL
11 | SAVINGS BANK successor in interest to FIRST NATIONAL LENDING SERVICES,
12 | a California Corporation; MERIDIAN TRUST DEED SERVICE, INC., a California
13 | Corporation; and all persons or entities unknown claiming any legal or equitable
14 | right, title, estate, lien or interest in the property described in this complaint adverse
15 | to Plaintiffs' title thereto, and DOES 1 through 50, inclusive,
16
17 | Defendants.
18
19     The Court having been notified of the settlement of this action, and it appearing that
20 no issue remains for the Court's determination,
21     IT IS HEREBY ORDERED THAT this action and all claims asserted herein are
22 DISMISSED with prejudice.  In the event that the settlement is not reached, any party may
23 move to reopen the case, provided that such motion is filed within 60 days of this order.
24 All scheduled dates are VACATED.
25     IT IS SO ORDERED.
26 Dated: 5/17/12                              _____
27                                             SAUNDRA BROWN ARMSTRONG
                                               United States District Judge
28